HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
ROYA SHAKOORI, #236383
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531

Attorneys for Debtor And Debtor in Possession
CLI Liquidating Corporation fdba Cardima, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CLI LIQUIDATING CORPORATION,<br>formerly known as Cardima, Inc.,<br>Employer's Tax ID No.: 94-3177883<br><br>Debtor. | Case No.: 10-74445-RLE<br><br>Chapter 11<br><br>NO HEARING REQUIRED |

**EX PARTE MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CASE**

TO: HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE

Reorganized Debtor CLI Liquidating Corporation fdba Cardima, Inc. (the "Debtor") respectfully represents as follows:

1. The Debtor filed the instant Chapter 11 case on December 17, 2010.

2. The Debtor's Joint Combined Liquidating Plan and Disclosure Statement for Debtor Dated August 18, 2011 (the "Plan and Disclosure Statement") filed by the Debtor and the Official Committee of Unsecured Creditors of CLI Liquidating Corporation fdba Cardima, Inc. (the "Committee") was confirmed after a hearing by order entered on November 1, 2011 (docket #291).

3. All claim objections have been resolved and Orders have been entered on all claims which the Debtor or the Committee believed were not entitled to distribution.

4. The Plan has been substantially consummated. Unsecured creditors have been paid approximately 69% of their allowed claim. A list of creditors and the amounts that they were paid is attached hereto as Exhibit "A".

5. Final applications for compensation by all professionals have been heard and allowed fees have been paid. The estate is not liable for any further occurrences of professionals' fees or costs.

6. The Debtor will file and serve upon the United States Trustee its first and last Post-Confirmation Quarterly Report for the fourth quarter of 2011 by the first week of January, 2012, and is current with all prior operating reports, and has already submitted its forth quarter, 2011, fees to the U.S. Trustee based on distribution of all of its remaining cash sufficient to bring this matter to close prior to the commencement of the first quarter of 2012.

7. No matters remain which would require that the Court keep this case open and on the list of active cases.

WHEREFORE, the Debtor respectfully requests that this Court issue a final decree closing this case in accordance with Federal Rule of Bankruptcy Procedure 3022.

Dated: December 30, 2011        BINDER & MALTER LLP


                                By: /s/ Roya Shakoori
                                    Roya Shakoori
                                    Attorneys for Reorganized Debtor

F:\Clients\Cardima, Inc\Pleading\Final Decree\FinalDecreeAppl.wpd